*Robinson* for State.

*Mr. Wilson.* *Robinson* in conclusion.

Verdict, guilty. To pay $8, to be whipped with ten lashes on your bare back well laid on at the public whipping-post of this county, between the hours of 2 and 4 o'clock of this day, that you wear a Roman T, etc., that you pay the costs of this prosecution, and be committed to the public jail till the judgment of the Court be complied with on this November 18. 1 Del.Laws 296.

## STATE v. RISDON BISHOP.

Court of Quarter Sessions. Kent. May 7, 1802.

*Rodney's Notes.*

*Vandyke* [for State]. *Rodney* [for defendant].

Thomas Conner, sworn. I attended as a witness in December, 1800. Mr. Bishop asked me if I had not better make up with Oneal. I told him I did not know as I am tending court. He said if you will go home, I will give you $5 and clear you of all charges. A man was present who I called as a witness, *viz* John Wilds. I went out, said I did not know if I could leave court, but took the $5 from him. He asked me if I could leave Dover that night. I said I could not leave town till morning. Bishop offered or requested myself and wife to go to his house; he would show me the way and should be well entertained, and go home next morning. My security took me to Mr. Ridgely; after hearing of this they told me I must not leave town and I was put in possession of a constable.

Cross-examined. I lived in Kent County.

William Cloud, sworn. I was present in December when Bishop paid Conner the money, $5, and receipt given. They were about settling some accounts between Conner and Oneal; was not pres-

ent all the time. I understood Oneal and Conner were to leave their accounts to be settled by Bishop and Bailey, believe Oneal let Bishop have part of the money he paid Conner.

*Rodney.* (Read the receipt.) December 4, 1800. 37/6d of Felix Oneal. Witnessed by William Cloud. Signed or marked by Thomas Conner. Conner's character is not very good.

Richard Herrington, sworn. Saw Conner with Bishop talking that evening.

*Vandyke* offered to swear E. Blackiston as to the character of Conner. Objected by *Rodney.* Objection overruled.

Ebenezer Blackiston. Have known Thomas Conner four or five years, was reported he had stolen corn. I have heard the man say he did not steal any corn from him, have heard some say he'd tell stories, others say he would not.

*Rodney.* Motion for the Court to direct the jury to acquit the defendant because there is no evidence that Conner was really compelled to attend as a witness. Subpœna should have been produced. No evidence that witness was going out of state.

*Vandyke.* There is evidence on both sides, therefore the jury are the judges of the credibility, etc.

*Rodney* in conclusion. I contend the questions on which I pray the decision of the Court are pure unmixed questions of law, or competent.

John Wilds, sworn, for defendant. In December, 1800, Oneal said he was willing to pay Conner what he owed him. Conner agreed to take $5, had not as much money and borrowed the residue of Bishop, paid him, and Bishop wrote a receipt for him. Conner told me since that Bishop did not give me [Conner] the money as a bribe but offered me [Conner] $5 as such before that time. His character as bad as any man's, etc.

Cross-examined. Receipt was written about the time; it is in Bishop's handwriting. Have known Conner two years; Conner seemed to wish [——].[2]

Charles Bailey, sworn. Was present at settlement. Conner wanted his money. Bishop came in. They referred their accounts to Bishop and me. I have known Conner fourteen years. He is a running about extremely bad character.

---

[2] Blank in manuscript.

William Hurlock.   Not acquainted with Conner's character.

Nathaniel Wilds.   Conner and Oneal were disputing about their accounts.   Charles Bailey told them they would have to go into limbo.   Bishop asked him how much and told Oneal he would let him have it.   A receipt was written.   Conner said pay the money and I'll sign the receipt.

Simon Swetman.   Charles Bailey lives in Maryland.

Felix Oneal.   Conner had an account against me, agreed to take $5.   Bishop lent me some of the money.

John McWhorter.

George Clow.   Conner told me the other day when he was in jail, said in consequence of his being put to jail it would be in favor of Bishop.

John Carrow.   Conner said no man had given him any bribery money.   No, said he, not the Blackiston's.   I had not known Thomas Conner before last November.

Cause submitted to jury by counsel, and verdict not guilty.

## STATE v. GEORGE DERRY.

Court of Quarter Sessions.   Kent.   May 11, 1802.

*Rodney's Notes.*

*Vandyke* [for State].   *Ridgely, Clayton* [for defendant].

Sophia Darling sworn.   Hannah Walmsley.   Hannah Morris. Abner Douglas for prisoner.   Charles Townsend, Corneille Battle.

*Clayton* for prisoner.   Cause rests upon the credit of Sophia Darling, a white woman, married to a black or yellow man.

*H. Ridgely.*   Shoes so much alike, difficult to identify, etc.

Attorney General in conclusion.

Verdict, guilty, and sentence thirteen lashes, etc.